[No. 25416-6-II.  Division Two.  January 25, 2002.]

RENEE ESCOBAR, ET AL., *Appellants*, v. BURGER KING, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-00687-6, Richard D. Hicks, J., entered November 19, 1999. *Reversed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Seinfeld and Bridgewater, JJ.

[No. 26262-2-II.  Division Two.  January 25, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY DEAN BRECH, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00456-4, Don L. McCulloch and James E. Warme, JJ., entered July 27, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 26899-0-II.  Division Two.  January 25, 2002.]

HAROLD J. HOOGAKKER, ET AL., *Appellants*, v. ESTATE OF ROBERT W. VOETBERG, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-12683-8, Kitty-Ann van Doorninck, J., entered December 15, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 44114-1-I.  Division One.  January 28, 2002.]

THE STATE OF WASHINGTON, *Appellant*, v. ERIC JAMES CARNEY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 98-1-02670-3, Sharon S. Armstrong, J., entered January 25, 1999. *Reversed* by unpublished per curiam opinion.